IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CELESTE JANYA MAY, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | No. 5:11-CV-327 (CAR) |
| LISA INGRAM, CAROLYN | : | |
| SIMMONS, and PATRICIA | : | |
| ANDERSON, | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## ORDER ON RECOMMENDATION

Before the Court is the Recommendation of the United States Magistrate Judge [Doc. 46] to grant Defendants' Motions for Summary Judgment [Docs. 31, 39]. No objection was filed, and having considered the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Recommendation of the United States Magistrate Judge is **ADOPTED** and **MADE THE ORDER OF THE COURT**. For the reasons set forth therein, Defendants' Motions for Summary Judgment are **GRANTED**, and Plaintiff's case is **DISMISSED**.

**SO ORDERED,** this 29th day of March, 2013.

S/ C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

BBP